AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
EASTERN DISTRICT OF MISSOURI

FILED
APR 1 0 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America
v.
GARNELL AUGUST CARTER

Case No. 4:19 MJ 6125 PLC

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 10, 2019 in the county of St. Louis City in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18:922(o) | Felon in possession of a machine gun |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

SA Brock Gale, ATF

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/10/2019

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Patricia L. Cohen, U.S. Magistrate Judge

*Printed name and title*